J-A10038-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| LEON LEWIS | : | |
| Appellant | : | No. 3182 EDA 2022 |

Appeal from the PCRA Order Entered November 17, 2022
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0226901-1993

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| LEON LEWIS | : | |
| Appellant | : | No. 3184 EDA 2022 |

Appeal from the PCRA Order Entered November 17, 2022
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0227181-1993

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| LEON LEWIS | : | |
| Appellant | : | No. 3185 EDA 2022 |

Appeal from the PCRA Order Entered November 17, 2022
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0230231-1993

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |

|  | : |  |
|---|---|---|
| v. | : |  |
|  | : |  |
|  | : |  |
| LEON LEWIS | : |  |
|  | : |  |
| Appellant | : | No. 3186 EDA 2022 |

Appeal from the PCRA Order Entered November 17, 2022
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0226811-1993

BEFORE: PANELLA, P.J.E., BECK, J., and COLINS, J.[*]

CONCURRING MEMORANDUM BY BECK, J.: **FILED OCTOBER 10, 2024**

My colleagues in the Majority do yeoman's work attempting to untangle the procedural morass that is this case. In so doing, the Majority recognizes that the issues raised in Appellant Leon Lewis' PCRA petition relate solely to a conviction at a docket number[1] that was not before the PCRA court below and is not presently before this panel on appeal. As the Majority also notes, an appeal of a separate PCRA petition brought under that docket number is pending in a separate appeal before this Court.[2] In that separate appeal, Appellant raises the precise claim that he raises in this case concerning the alleged nol pros of the single charge at that docket for which he was convicted—which was also raised in the PCRA petition brought under that

---

[*] Retired Senior Judge assigned to the Superior Court.

[1] MC-51-CR-1135991-1992.

[2] 1946 EDA 2023.

docket number. On that basis alone, I would dismiss the instant appeal. ***See, e.g., Commonwealth v. Baldwin***, 1811 MDA 2019, 2021 WL 688789, *3 (Pa. Super. 2021) (non-precedential decision) (affirming the dismissal of a PCRA petition wherein the issues raised related to a separate docket number, had been raised under that docket before the PCRA court, and was then pending on appeal).[3] I therefore concur in the result reached by the Majority.

---

[3] ***See*** Pa.R.A.P. 126(b) (permitting citation, for persuasive value, to non-precedential Superior Court decisions filed after May 1, 2019).